# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Sandalwood Hospitality, LLC**  
    Debtor

Case No.: 16–20030–JSD  
Judge: John S. Dalis  
Chapter: 11

## ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT AND DETERMINATION OF SECURED STATUS AND VALUATION OF ASSETS

To the Debtor, its [or his/her] creditors, and other parties in interest:

A disclosure statement under Chapter 11 of Title 11 of the United States Code having been filed by the Debtor on April 18, 2016, and plan having been filed on April 18, 2016, IT IS ORDERED and notice is hereby given that:

1) The hearing to consider the approval of the disclosure statement shall be held:

    *June 9, 2016, at 10:30 AM*  
    *U. S. Courthouse, 3rd Floor Courtroom, Brunswick, GA*

2) June 2, 2016 is fixed as the last day for filing and serving, in accordance with Rule 3017(a) written objections to the disclosure statement, including objections to the Debtor's valuation of assets of the estate.

3) On or before May 5, 2016, the debtor-in-possession shall transmit a copy of this Order and Notice and copy of the disclosure statement (including Exhibit "A") and plan to all creditors and parties in interest including each committee appointed pursuant to 11 U.S.C. §1102 and if Debtor is a corporation to the United States Securities and Exchange Commission, Branch of Reorganization, 950 E Paces Ferry Rd, NE, Ste 900, Atlanta, GA 30326-1382, and shall immediately thereafter file with the Court a certificate of service.

4) At the above-named time and place the Court shall determine the secured status of all parties claiming liens on property of the estate and shall determine the value of such property pursuant to 11 U.S.C. §506. Unless a party in interest objects to the Debtor's valuation of assets as shown in Exhibit "A" of the disclosure statement, the Debtor's values will be accepted by the Court.

5) All examinations pursuant to Bankruptcy Rule 2004 and relating to said disclosure statement (including Exhibit "A") and plan must be completed by the above-stated hearing date.

6) The Debtor(s) and its [or his/her] attorney shall appear at the above-named time and place, or the case will be dismissed.



John S. Dalis  
United States Bankruptcy Judge  
801 Gloucester St, 3rd Fl  
Brunswick, GA 31520

Dated **April 25, 2016**

*11–10 [Rev. 03/13]* **CMK**