UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SANDALWOOD HOSPITALITY, LLC | § | Chapter 11 |
| | § | Case No. 16-20030-JSD |
| Debtor | § | |

## OBJECTION TO DISCLOSURE STATEMENT AND PLAN

Guy G. Gebhardt, Acting United States Trustee for Region 21 (the "U.S. Trustee"), through the undersigned counsel, hereby objects to the Disclosure Statement and Plan filed by the debtor. In support of this objection, the U.S. Trustee states:

1. The Disclosure Statement at section 8.2 (page 21) states that the principal of the Debtor, Chetlan T. Patel, along with other "officers, directors, agents, attorneys, representatives, heirs, assigns, and employees" shall be released from liability in connection with any claims related to the bankruptcy case, including claims that are connected to "any contract, instrument, guaranty, release, or other agreement….".

2. Bankruptcy Schedule H lists Chetlan T. Patel and Narendra T. Patel as co-debtors, presumably based on personal guaranties signed in favor of creditors Quantum National Bank, the Small Business Administration, and Choice Hotels International, Inc.

3. The U.S. Trustee submits that it is inappropriate for principals and employees of the Debtor to be released from liability and effectively discharged of those personal debts when the individuals have not filed personal bankruptcy cases.

WHEREFORE, the U.S. Trustee requests that the Court deny approval of the Disclosure Statement, deny confirmation of the Plan, and grant such other and further relief as the Court deems to be just and proper.

Respectfully submitted this 2nd day of June, 2016.

                                          GUY G. GEBHARDT, ACTING
                                          UNITED STATES TRUSTEE, REGION 21

                                          By: */s/ Matthew E. Mills*
                                          Matthew E. Mills, Asst. United States Trustee
                                          2 E. Bryan Street, Suite 725
                                          Savannah, Georgia 31401
                                          (912) 652-4112

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the within and foregoing **OBJECTION TO DISCLOSURE STATEMENT AND PLAN** has this day been served upon the following parties by mailing a copy of the same through the U.S. Mail bearing sufficient postage thereon. In addition, electronic service will be received by those parties entitled to receive such service in this case through the electronic filing system of this Court.

David L. Bury, Jr.
Stone & Baxter, LLP
577 Mulberry Street Suite 800
Macon, GA 31201

Sandalwood Hospitality, LLC
P.O. Box 6367
Jacksonville, FL 32236

      This 2nd day of June, 2016

                                          By: */s/ Matthew E. Mills*
                                          Matthew E. Mills